**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRUZ ARMANDO AVILA,<br><br>    Petitioner,<br><br>vs.<br><br>ANTHONY LAMARQUE, Warden,<br><br>    Respondent. | No. 2:03-CV-1173-RRB-EFB-P<br><br>**ORDER** |

    Petitioner Cruz Armando Avila ("Petitioner"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 16, 2007, Magistrate Edmund F. Brennan filed Findings & Recommendations (Docket 18) herein which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within 20 days. Neither party has filed objections to the Findings & Recommendations.

ORDER DENYING PETITIONER'S WRIT - 1
2:03-CV-1173-RRB-EFB-P

The Court has reviewed the file and finds the Findings & Recommendations at Docket 18 to be supported by the record and by the Magistrate Judge's thorough analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at Docket 18, filed on April 16, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is **DENIED**.

**ENTERED** this 31st day of May 2007.

                                      S/RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S WRIT - 2
2:03-CV-1173-RRB-EFB-P